1  VICTOR M. CHAVEZ, Bar #113752
   Attorney at Law
2  Post Office Box 5965
   Fresno, California 93755
3  Telephone: (559) 824-6293

4  Counsel for Defendant
   HECTOR MEJIA-VELAZQUEZ
5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        Case No.  2:25-MJ-0149-SCR

12              *Plaintiff,*         **STIPULATION TO RESCHEDULE
                                     DETENTION HEARING TO OCTOBER 29,**
13      vs.                          **2025; PROPOSED ORDER**

14  HECTOR MEJIA-VELAZQUEZ
                                     DATE:   October 29, 2025
15              *Defendant.*         TIME:   2:00 p.m.
                                     JUDGE:  Chief Magistrate Judge Carolyn K.
16                                   Delaney

17

18       IT IS HEREBY STIPULATED by the parties through their respective counsel that the

19  detention hearing now set for October 24, 2025 may be reset to October 29, 2025.

20       This stipulation is proposed by defense counsel to allow adequate time for preparation.  Defendant

21  made his initial appearance on October 22, 2025, where other panel counsel appeared on behalf of

22  undersigned counsel. Additional time is necessary in order for counsel to confer with his client.

23

24       IT IS SO STIPULATED.

25

26  **Dated: October 23, 2025**        /s/Victor M. Chavez_____
                                       **VICTOR M. CHAVEZ**
27                                     Attorney for Defendant

28
    Dated: October 23, 2025           /s/ Robert Abendorth_____
                                       **ROBERT ABENDORTH, AUSA. for Plaintiff**

1

2

3                           PROPOSED ORDER

4

5          The detention hearing is hereby reset to October 29, 2025 pursuant to the stipulation of the parties.

6

7                  IT IS SO ORDERED.

8

9

10   Dated:  October 23, 2025

11                                                        _____

12                                                        CAROLYN K. DELANEY
                                                          UNITED STATES MAGISTRATE JUDGE
13

14

15

16

17

18

19

20

21

22

23

24   ///

25   ///

26

27

28